IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-4896 |
| | : | |
| ANTHEM HEALTH PLANS OF VIRGINIA, INC. et al | : | |

# ORDER

**AND NOW**, this 14th day of June 2024, upon considering defendants' motion to dismiss (DI 19), plaintiff's response (DI 22), defendants' reply (DI 26), and defendants' notices of supplemental authority (DI 27-28), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' motion to dismiss (DI 19) is **GRANTED**;

2. The case is **DISMISSED**. The Clerk of Court shall close the case.

_____
**MURPHY, J.**